UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM ABDELLA and PATRICIA ABDELLA,<br><br>Plaintiffs,<br><br>v.<br><br>FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | No.  2:14-cv-1259 KJM DAD PS<br><br><br>ORDER |

Plaintiffs Karim Abdella and Patricia Abdella are proceeding pro se in the above entitled action.[1]  The action has therefore been referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by that rule.

/////

---

[1] Plaintiffs originally intended to proceed in this action brought pursuant to the Individuals with Disabilities Education Act, ("IDEA"), 20 U.S.C. § 1400, et seq., as guardians ad litem on behalf of their minor child.  Plaintiffs, however, are unable to retain a lawyer.  While a parent or guardian cannot bring an action on behalf of a minor child without retaining a lawyer, Johns v. County of San Diego, 114 F.3d 874, 879 (9th Cir. 1997), "parents have their own, enforceable right under the IDEA to the substantive adequacy of their child's education; therefore, parents may prosecute IDEA claims on their own behalf."  Simon v. Hartford Life, Inc., 546 F.3d 661, 665-66 (9th Cir. 2008).  As discussed at the October 10, 2014 hearing, this action is now proceeding on the IDEA claims of plaintiffs Karim Abdella and Patricia Abdella as parents.  Plaintiffs' motion seeking to be appointed guardians will, therefore, be denied without prejudice.

1

1    On October 10, 2014, the matter came before the undersigned for a Status (Pretrial
2 Scheduling) Conference.  Plaintiffs Patricia Abdella and Karim Abdella appeared on their own
3 behalf.  Attorneys Cynthia Smith and Anne Sherlock appeared on behalf of the defendant.
4    After hearing from the parties, IT IS ORDERED that:
5    1. A copy of the administrative record shall be lodged with the court, and served
6 upon the plaintiffs, on or before November 21, 2014;
7    2. Any motion seeking to supplement the record or conduct discovery must be
8 heard before the undersigned on or before February 13, 2015[2];
9    3. Each party shall file a motion for summary judgment on or before May 15,
10 2015.  Any opposition shall be filed on or before June 5, 2015 and any reply shall be filed on or
11 before June 12, 2015;
12    4. The parties' motions for summary judgment shall be heard on **Friday, June 19,**
13 **2015, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in
14 Courtroom No. 27 before the undersigned[3]; and
15    5. Plaintiffs' May 22, 2014 motion seeking to be appointed guardians ad litem
16 (Dkt. No. 2) is denied without prejudice.
17 Dated:  October 15, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\abdella1259.sched.ord.docx

---

[2] The parties are advised to consult the Local Rules, specifically Local Rule 230, with respect to the timing and briefing applicable to any such motion.

[3] Any party may appear at the June 19, 2015 hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the hearing.  A land line telephone number must be provided.

2