FAGEN FRIEDMAN & FULFROST, LLP
Kimberly A. Smith, SBN 176659
Anne M. Sherlock, SBN 210205
Cynthia M. Smith, SBN 220861
520 Capitol Mall, Suite 400
Sacramento, California 95814
Phone: 916-443-0000
Fax: 916-443-0030

Attorneys for Defendant, FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KARIM ABDELLA and PATRICIA D. MORGAN ABDELLA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | No. 2:14-cv-1259 KJM DAD PS<br><br>**STIPULATION AND ORDER TO CONTINUE LODGING AND MOTION DEADLINES** |

WHEREAS, the parties participated in a Case Management Conference with the Court on October 10, 2014,

WHEREAS, the Court set deadlines by which the Administrative Record must be lodged with the Court and by which any motion to supplement the record or conduct discovery must be filed;

WHEREAS, Plaintiffs are in the process of reviewing the voluminous Administrative Record of the underlying hearing and require additional time to complete their review before the Administrative Record can be lodged with the Court;

WHEREAS, the parties have met and conferred regarding seeking an extension of the lodging and motion deadlines set by the Court at the Case Management Conference on October 10, 2014;

**1**  WHEREAS, at this time, the parties do not seek to extend the briefing schedule or the
**2**  hearing date set by the Court;
**3**  WHEREAS, the parties respectfully request that the deadlines set by the Court be extended
**4**  in accordance with the parties' stipulation below or to similar dates convenient for the Court's
**5**  calendar;
**6**  IT IS STIPULATED THAT the following deadlines will take effect:
**7**  Deadline to Lodge Administrative Record                December 19, 2014
**8**  Motion Deadline - Discovery/Supplement Record          March 20, 2015
**9**  IT IS FURTHER STIPULATED THAT the current briefing schedule and hearing date will
**10** remain as currently scheduled.

**12** DATED: November 20, 2014

**13**                                        By:    /s/ Patricia D. Morgan Abdella
**14**                                               Patricia D. Morgan Abdella, In Pro Se

**16** DATED: November 20, 2014

**17**                                        By:    /s/ Karim A. Abdella
**18**                                               Karim A. Abdella, In Pro Se

**20** DATED: November 20, 2014            FAGEN FRIEDMAN & FULFROST, LLP

**23**                                        By:    /s/ Cynthia M. Smith
                                                    Cynthia M. Smith
**24**                                               Attorneys for Defendant, FOLSOM CORDOVA
                                                    UNIFIED SCHOOL DISTRICT

*Fagen Friedman & Fulfrost, LLP*
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

1 **ORDER**

2     Pursuant to the parties' stipulation, IT IS SO ORDERED.

3 Dated:  November 24, 2014

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se
abdella1259.stip.eot.ord.docx