FAGEN FRIEDMAN & FULFROST, LLP
Kimberly A. Smith, SBN 176659
Anne M. Sherlock, SBN 210205
Cynthia M. Smith, SBN 220861
520 Capitol Mall, Suite 400
Sacramento, California 95814
Phone: 916-443-0000
Fax: 916-443-0030

Attorneys for Defendant, FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KARIM ABDELLA and PATRICIA D. MORGAN ABDELLA,<br><br>                Plaintiff,<br><br>       vs.<br><br>FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT,<br><br>                Defendant. | No. 2:14-cv-1259 KJM DAD PS<br><br>**STIPULATION AND ORDER TO CONTINUE MOTIONS DEADLINES AND HEARING DATE** |

1   WHEREAS, the parties participated in a Status Conference with the Court on October 10, 2014;

2   WHEREAS, the Court set deadlines by which the Administrative Record must be lodged with the Court, by which any motion to supplement the record or conduct discovery must be filed, the briefing schedule, and the hearing date;

3   WHEREAS, the parties stipulated twice to extend the date by which the Administrative Record must be lodged with the Court and stipulated once to extend the date by which any motion to supplement the record or conduct discovery must be filed;

4   WHEREAS, the parties lodged the Administrative Record with the Court on January 30, 2015;

5   WHEREAS, it took the parties longer than anticipated to review and lodge the voluminous Administrative Record, and

6   WHEREAS, Plaintiffs have two special education hearings scheduled before the Office of Administrative Hearings in March and April 2015 for their other child, and Plaintiffs require additional time to prepare motions to supplement the record and their motion for summary judgment;

7   WHEREAS, Defendant does not object to extending the deadlines in this matter;

8   WHEREAS, the parties have met and conferred regarding seeking an extension of the briefing schedule and hearing dates set by the Court at the Status Conference on October 10, 2014, and the motion date subsequently extended via stipulation to file motions to supplement the record and/or conduct discovery;

9   WHEREAS, the parties respectfully request that the motion deadline, the briefing schedule, and the hearing date set by the Court be extended in accordance with the parties' stipulation below or to a similar date convenient for the Court's calendar;

/ / /
/ / /
/ / /
/ / /

**Fagen Friedman & Fulfrost, LLP**
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

1     IT IS STIPULATED THAT the following deadlines will take effect:

| | |
|---|---|
| File any Motion to Supplement the Record | June 19, 2015 |
| File any Motion for Summary Judgment | September 25, 2015 |
| Opposition to Motion for Summary Judgment | October 9, 2015 |
| Reply to Opposition to Motion for Summary Judgment | October 16, 2015 |
| Motion Hearing | October 30, 2015 |

DATED: February  4 , 2015        /s/ Patricia D. Morgan
                                        Patricia D. Morgan Abdella, In Pro Se

DATED: February  4 , 2015        /s/ Karim A. Abdella
                                        Karim A. Abdella, In Pro Se

DATED: February  4 , 2015        FAGEN FRIEDMAN & FULFROST, LLP

By:     /s/ Cynthia M. Smith
       Cynthia M. Smith
Attorneys for Defendant, FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT

**Fagen Friedman & Fulfrost, LLP**
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

**ORDER**

Pursuant to the stipulation of the parties to this matter, IT IS ORDERED THAT the deadlines set by the Court be extended as follows:

| | |
|---|---|
| File any Motion to Supplement the Record | June 19, 2015 |
| File any Motion for Summary Judgment | September 25, 2015 |
| Opposition to Motion for Summary Judgment | October 9, 2015 |
| Reply to Opposition to Motion for Summary Judgment | October 16, 2015 |
| Motion Hearing | October 30, 2015 |

Dated: February 9, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se
abdella1259.stip.eot2.ord.docx

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030