UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM ABDELLA and PATRICIA ABDELLA,<br><br>    Plaintiffs,<br><br> v.<br><br>FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | No. 2:14-cv-1259 KJM DAD PS<br><br><br>ORDER |

  Plaintiffs Karim Abdella and Patricia Abdella are proceeding pro se in the above entitled action. The action has therefore been referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by that rule.

  On June 19, 2015, the matter came before the undersigned for hearing of plaintiffs' motion to supplement the record and defendant's motion to supplement the record. Plaintiffs Patricia Abdella and Karim Abdella appeared on their own behalf. Attorney Cynthia Smith appeared on behalf of the defendant.

  After hearing from the parties, IT IS ORDERED that:

    1. Plaintiffs' May 19, 2015 motion to supplement the record (Dkt. No. 23) is granted; and

/////

2. Defendant's May 20, 2015 motion to supplement the record (Dkt. No. 24) is granted.

Dated: June 19, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\abdella1259.oah.061915.docx

2