FAGEN FRIEDMAN & FULFROST, LLP
Kimberly A. Smith, SBN 176659
Anne M. Sherlock, SBN 210205
Cynthia M. Smith, SBN 220861
520 Capitol Mall, Suite 400
Sacramento, California 95814
Phone: 916-443-0000
Fax: 916-443-0030

Attorneys for Defendant, FOLSOM CORDOVA
UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KARIM ABDELLA and PATRICIA D. MORGAN ABDELLA,<br><br>    Plaintiffs,<br><br>vs.<br><br>FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | No. 2:14-cv-1259 KJM DAD PS<br><br>**STIPULATION AND ORDER TO SUPPLEMENT THE ADMINISTRATIVE RECORD** |

    Plaintiffs Karim and Patricia Morgan Abdella ("Plaintiffs") and Defendant Folsom Cordova Unified School District ("District") (hereafter collectively referred to as "the Parties") submit this stipulation to request an order permitting the parties to supplement the Administrative Record in this matter as follows:

    1.    WHEREAS, this case is an appeal, pursuant to title 20 United States Code section 1415, subdivision (i)(2)(A), from an administrative law judge's decision in a special education "due process" matter;

    2.    WHEREAS, the District obtained a copy of the Administrative Record from the underlying proceedings from the Office of Administrative Hearings ("OAH") and lodged same with the Court on January 30, 2015;

    3.    WHEREAS, the following exhibits were admitted into evidence by the

administrative law judge during the hearing but were mistakenly left out of the copy of the Administrative Record provided by OAH:

  A. Student's Exhibit S-92 [see AR 3326, lines 8-22]

  B. District's Exhibit D-8 [see AR 2692, lines 20-25 and AR 3710, lines 11-15]

  C. District's Exhibit D-9 [see AR 3195, lines 11-12, AR 3285, lines 12-16, AR 2392, lines 11-25, AR 2393, lines 1-18, and AR 3719, lines 11-15]

  D. District's Exhibit D-27 [see AR 003713, lines 11-16];

  4. WHEREAS, parties may supplement an administrative record to repair correct an improper exclusion of evidence by the administrative agency. *Ojai Unified Sch. Dist. v. Jackson*, 4 F.3d 1467, 1473 (9th Cir. 1993), quoting *Town of Burlington v. Dept. of Educ. for the Commonwealth of Mass.*, 736 F.2d 773, 790-791 (1st Cir. 1984), *aff'd,* 471 U.S. 359, 109 S.Ct. 1996, 85 L.Ed.2d 285 (1985);

  5. WHEREAS, Exhibits to supplement the administrative record will be lodged with the Court following the Court's execution of the Proposed Order;

IT IS HEREBY STIPULATED by and between the Parties hereto, the Parties will lodge an Supplemental Evidence to the Administrative Record, to be sequentially numbered starting at AR 003800 through AR 003948.

DATED: August _18_, 2015  /s/ Patricia D. Morgan Abdella
             Patricia D. Morgan Abdella, In Pro Se

DATED: August _18_, 2015  /s/ Karim A. Abella
             Karim A. Abdella, In Pro Se

DATED: August _18_, 2015  FAGEN FRIEDMAN & FULFROST, LLP

             By: /s/ Cynthia M. Smith
               Cynthia M. Smith
             Attorneys for Defendant, FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT

00420-00179/728176.1

Fagen Friedman & Fulfrost, LLP
520 Capitol Mall, Suite 400
Sacramento, California 95814
Main: 916-443-0000 • Fax: 916-443-0030

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: August 20, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se
abdella1259.stip.sup.ord.docx